UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| HELENA CHEMICAL CO., et al., | ) |
| Plaintiffs, | ) ) ) |
| vs. | ) ) Case No. 1:13-MC-017 SNLJ ) |
| JOHN BOSWELL SKINNER, et al., | ) [Related Case ) No. 4:11-CV-691 E.D. Ark.] |
| Defendants. | ) |

## MEMORANDUM AND ORDER

Plaintiff Helena Chemical Company ("Helena") filed suit in the Eastern District of Arkansas against a number of its former employees after learning that the employees had, in essence, allegedly misappropriated company property. During discovery, Helena served a subpoena on non-party First Community Bank in Poplar Bluff, Missouri ("Bank"), a bank in this District. Helena sought from the Bank certain documents related to one of the defendants, Mr. Dan Parrish. The subpoena appears to have served appropriately, and no one has moved to quash the subpoena. However, Helena states that the Bank has not produced the documents. Moreover, it appears that Helena's efforts to resolve this matter without the Court's involvement, pursuant to Federal Rule of Civil Procedure 37(a)(1) and Local Rule 37-3.04, have been met with no response. As a result, Helena filed the instant Motion to Compel (#1). Helena attached to its motion copies of the complaint, the subpoena, and its attempts to correspond with counsel for the Bank. The Bank has not responded in any way to Helena's motion, and the time for doing so has passed. Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's Motion to Compel (#1) is **GRANTED.**

**IT IS FURTHER ORDERED** that First Community Bank shall produce the documents requested by the subpoena no later than July 8, 2013. Failure to do so may result in sanctions.

Dated this 24th day of June, 2013.

_____
UNITED STATES DISTRICT JUDGE